Susan St. Vincent
Legal Officer
Kayleigh Birks
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY WAYNE CHRISMAN<br><br>Defendant. | DOCKET NO. 6:13-mj-06-MJS<br><br>**MOTION TO WITHDRAW ALLEGED PROBATION VIOLATION(S) AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Gary Wayne CHRISMAN, was arrested on July 12, 2013, in Yosemite National Park and charged with two counts in a criminal complaint: Count 1: possession of a controlled substance (marijuana); and Count 2: driving with a suspended driver's license. CHRISMAN pled guilty August 7, 2013, to Count 2, and Count 1 was dismissed. CHIRSMAN was sentenced to the following: pay a $10 statutory assessment, 12 months of unsupervised probation, obey all laws, and 40 hours of community service. CHRISMAN was ordered to be in court on October 7, 2014 and was not present at the hearing. CHRISMAN was ordered to a court for a hearing on December 17, 2014 and was not present on the ordered date. CHRISMAN was further ordered to court on

1

February 4, 2015, and was not present on the ordered date. The Government alleged that defendant had failed to complete the community service and failed to appear for his review hearing.  After reviewing the case in light of recent filings the Government does not believe the court retains jurisdiction over this case due to probation expiring in August 2014.

Dated: February 4, 2016                              By:  /s/ Matthew McNease

                                                    Matthew McNease
                                                    Acting Legal Officer
                                                    Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

For the reasons set forth above, the Statement of Alleged Probation Violation(s) in DOCKET NO. 6:13-mj-062-MJS is deemed withdrawn.

IT IS SO ORDERED.

Dated:   August 23, 2016                                  /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE