Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY WAYNE CHRISMAN,<br><br>　　　　Defendant. | No. 6:13-mj-0062-MJS<br><br>**MOTION TO RECALL ANY OUTSTANDING WARRANTS AND CLOSE CASE; AND ORDER THEREON** |

　　　On August 22, 2016, this Court issued an Order granting the Government's Motion to Withdraw Alleged Probation Violations previously filed in this matter. At that time, the Government failed to request that any outstanding warrants be recalled. The Government, hereby makes that motion, and requests the Court recall any outstanding warrants in this matter, and that the case be closed.

Dated: March 16, 2017　　　　　　NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that all outstanding warrants in the above referenced matter, *United States v. Chrisman* 6:13-mj-0062-MJS, be recalled, and the matter is closed.

IT IS SO ORDERED.

Dated:   March 18, 2017             /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE